

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-12-00675-CR

Angelina **SARABIA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR4398W
Honorable Lori I. Valenzuela, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. Appellate counsel's motion to withdraw is GRANTED.

SIGNED May 1, 2013.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice